1 Janice Procter-Murphy (No. 10960)
Matthew W. Park (No. 12062)
2 **Fennemore Craig, P.C.**
300 S. 4th Street, 14th Floor
3 Las Vegas, Nevada 89101
Tel. (702) 692-8000
4 Fax (702) 692-8099
Email: jpmurphy@fclaw.com
5        mpark@fclaw.com

6 *Attorneys for Defendant Southwest Airlines Co.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBIN DEIST,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHWEST AIRLINES CO., a Texas Corporation d/b/a/ SOUTHWEST AIRLINES; DOES I-XX, inclusive, and ROE CORPORATIONS 1-XX, inclusive,<br><br>Defendants. | No. 2:10-cv-01896-KJD-RJJ |

### STIPULATION AND ORDER DISMISSING LAWSUIT WITH PREJUDICE

Plaintiff Robin Deist ("Deist"), by and through his attorneys, Chasey Honodel, P.C., and Defendant Southwest Airlines Co. ("Southwest"), by and through its attorneys, Fennemore Craig, P.C., stipulate and request that the Court order as follows:

This lawsuit is dismissed with prejudice with each party to bear his or its own attorneys' fees and costs.

///

///

//

///

1  DATED: 4/13/11

FENNEMORE CRAIG, P.C.                    CHASEY HONODEL, P.C.

By _____           By _____
Janice Procter-Murphy (No. 10960)        Peter L. Chasey, Esq.
Matthew W. Park (No. 12062)              3295 N. Fort Apache Road, Suite 110
300 S. 4th Street, 14th Floor            Las Vegas, Nevada 89129
Las Vegas, Nevada 89101                  *Attorneys For Plaintiff*
*Attorney for Defendant*
*Southwest Airlines Co.*

### ORDER

IT IS HEREBY ORDERED:

That this lawsuit is dismissed with prejudice with each party to bear his or its own attorneys' fees and costs.

_____
UNITED STATES DISTRICT JUDGE

DATED:  4/15/11